# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | |
|---|---|
| STATE FARM MUTUAL AUTOMOBILE ) <br>    INSURANCE COMPANY ) <br>    as subrogee of Mary J. Jones ) <br> ) <br> Plaintiff ) <br> ) <br> VS. ) <br> ) <br> UNITED STATES OF AMERICA ) <br> ) <br> Defendant ) <br> _____ ) | CIVIL ACTION <br><br> FILE NO. |

## **COMPLAINT FOR DAMAGES**

**NOW COMES** State Farm Mutual Automobile Insurance Company as subrogee of Mary J. Jones to make this Complaint against The United States of America and show this Honorable Court the following:

1

## PARTIES, JURISDICTION AND VENUE

1.

The Plaintiff is State Farm Mutual Automobile Insurance Company, a corporation registered with the Georgia Secretary of State to do business in the state of Georgia, who brings this claim for damages arising out of a motor vehicle collision which occurred on December 3, 2022.

2.

The Defendant is The United States of America. This is a Federal Tort Claim Act claim brought pursuant to 28 U.S.C. 2671 et. seq. The United States of America may be served with process upon the U.S. Attorney for the Southern District of Georgia, at 600 James Brown Blvd., Augusta, Georgia 30901, and as otherwise provided by applicable law.

3.

This is a claim for damages involving a federal department, to wit: The United States Postal Service (hereinafter "USPS").

4.

Prior to bringing this suit, this claim was brought before USPS with a settlement demand for money damages in a sum certain. The Federal Tort Claim Act claim referenced above was submitted to USPS on or about March 27, 2023. Defendant has waived any challenge to the legal sufficiency of Plaintiff's Notice of Claim.

5.

This claim arises out of a motor vehicle collision between a government vehicle being driven by USPS employee Adrienna Harris, who was acting in the course and scope of her employment, and Mary J. Jones (Plaintiff's Insured). Said collision occurred in Columbia County, Georgia on December 3, 2022.

6.

USPS has failed to pay said claim and more than six (6) months have elapsed since the filing of this claim.

## FACTS

7.

On December 3, 2022, Adrienna Harris (hereinafter "Harris") was employed by USPS and was acting within the scope of her employment.

8.

On the aforementioned date, Harris was operating a USPS vehicle and failed to stop in time, striking the rear of the vehicle driven by Plaintiff's Insured (Jones). Harris' negligence was negligence per se in violation of the Uniform Rules of the Road of the State of Georgia, specifically O.C.G.A. 40-6-49 (following too closely). Harris was found to be at fault by the officer at the scene of the accident but was not cited.

9.

As a direct and proximate cause of the negligence of USPS, acting by and through its agent employee Harris, Plaintiff's Insured's vehicle was damaged.

10.

Plaintiff brings this action to recover damages in the amount of **$7,454.72**. Plaintiff State Farm Mutual Automobile Insurance Company has an equitable right of subrogation in the claim against Defendant as a result of making payment in the amount of **$7,454.72** to or on behalf of Mary J. Jones under a policy of insurance.

WHEREFORE, Plaintiff respectfully prays that Defendant be served with process as required by law, that Plaintiff recover verdict and judgment against the Defendant in an amount as the Court shall determine to be appropriate based upon the evidence submitted at the time of trial, and for such other and further relief as this Court deems necessary and proper.

Respectfully submitted,
This 30 of November, 2023.

Ronald W. Parnell, P.C.

Silas M. Harrington, Jr.
Georgia Bar No. 635333
Attorney for Plaintiff

Law Office of Ronald W. Parnell, PC
Our file 952-5695
1630 Old Salem Road SE

P.O. Box 81085
Conyers, Georgia  30013
PH:  (770) 929-8585
*rrp@rwpsubro.com*